COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Julie A. Roberts v. Nexus Health Systems, Inc.

Appellate case number:   01-19-00175-CV

Trial court case number:  2016-84120

Trial court:                      334th District Court of Harris County

On April 11, 2019, this Court abated the appeal and remanded to the trial court so that a the trial court could hold a hearing on May 3, 2019 concerning attorney's fees. A supplemental reporter's record was filed concerning the trial court's hearing.

Because the hearing has been held, the Court **reinstates** the appeal on the active docket. The reporter's record received on June 5, 2019 is ordered filed.

Appellant's brief is due **30 days from the date of this order**.

The filing fee remains unpaid. Unless the filing fee is paid **within 10 days from the date of this order**, the appeal may be dismissed.

It is so ORDERED.


Judge's signature: ___Justice Richard Hightower_____
                              ☑ Acting individually     ☐ Acting for the Court


Date: __August 22, 2019__